COMMONWEALTH of Pennsylvania, Respondent

v.

Muwsa GREEN, Petitioner

No. 421 EAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**